IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR07-4068 MWB |
| | ) | |
| PHIEU VAN NGUYEN, | ) | JUDGMENT OF ACQUITTAL |
| | ) | |
| Defendant. | ) | |

This action came to trial before the Honorable Mark W Bennett and a jury. The issues having been duly tried, the jury has rendered its verdict of guilty on Counts One, Five, Six, Seven, Eight, Nine and Ten of the Second Superseding Indictment.

**IT IS ORDERED AND ADJUDGED**

Defendant, Phieu Van Nguyen, is acquitted as to Counts Three and Four of the Second Superseding Indictment.

APPROVED BY:

_____

MARK W BENNETT  DISTRICT JUDGE
UNITED STATES DISTRICT COURT

Robert L Phelps
Clerk

_____
(By) Deputy Clerk